NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STANLEY R. SILER,**

*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**

*Defendant-Appellee.*

---

2011-5017

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-134, Judge Francis M. Allegra.

---

## ON MOTION

---

Before LINN, *Circuit Judge.*

## ORDER

Stanley R. Siler submits a "notice by legal right" and requests oral argument.

To the extent Siler is attempting to raise arguments concerning his case in the "notice," any arguments must be

included in his briefs. The court does not deem oral argument necessary.

Accordingly,

IT IS ORDERED THAT:

The request for oral argument is denied.

FOR THE COURT

__JAN 3 1 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Stanley R. Siler
Alexis J. Echols, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 1 2011

JAN HORBALY
CLERK